**KURZON STRAUSS LLP**
305 Broadway, 9th Floor
New York, NY 10007
212-822-1496
www.KurzonStrauss.com

May 5, 2011



**VIA PRIORITY MAIL**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Tasini et. al. v. AOL Inc. et. al.*, Index No. 11-CV-2472 (TPG)(THK)

Your Honor:

Plaintiff Jonathan Tasini respectfully withdraws the Request to Enter a Default against Defendant AOL Inc., filed on May 4, 2011. The Request is docket number 6.

Plaintiff Jonathan Tasini and Defendant AOL Inc. also respectfully request that this letter be So Ordered by Your Honor so that the record accurately reflects that the Request to Enter a Default has been withdrawn.

Respectfully submitted,

Jesse Strauss

CC:   Jeff Novak
      Daniel A. Schnapp



Application granted.
The Clerk is directed to
close Docket No. 6.
    So Ordered.
5/11/11    [signature]
           U.S.D.J.