LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

DAVID E. KENDALL
(202) 434-5145
dkendall@wc.com

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)



May 18, 2011

Via Facsimile (212-805-7912)

The Honorable John G. Koeltl
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.

5/18/11

Re:   Tasini v. AOL Inc., et al., No. 1:11-cv-02472-JGK

Dear Judge Koeltl:

Our firm has entered an appearance today as counsel for all four defendants—AOL Inc, TheHuffingtonPost.com, Inc., Arianna Huffington, and Kenneth Lerer.

I write to report the parties' agreement regarding the defendants' responses to the Complaint, and to request the Court's approval of a May 26, 2011 due date for those responses.

The parties have agreed that all defendants have accepted service of process and waive defenses of inadequate service of process or lack of personal jurisdiction, and that all defendants' responses to the Complaint should be due by Thursday, May 26, 2011. (With regard to three of the four defendants, one extension of the time to respond to the Complaint, to May 24, 2011, was previously entered by Judge Griesa. See D.E. 7 (5/5/11)).

As noted above, plaintiff's counsel, Messrs Kurzon and Strauss, consent to the requested May 26, 2011 due date for responses to the Complaint.

Respectfully submitted,

David E. Kendall

cc:   Jeffrey Mead Kurzon, Esq. (212-822-1407) (by facsimile)
      Jesse Strauss, Esq. (212-822-1407) (by facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/11