UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TASINI,

                Plaintiff(s),

    -against-

AOL, INC.,

                Defendant(s).
------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

11 civ 2472 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Wednesday, July 6, 2011** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

*Don Fletcher*
Courtroom Case Manager

Dated: New York, New York
       May 25, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2011