UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Jonathan Tasini, individually and on behalf of all others similarly situated, | ) ) ) ) | 11 Civ. 2472 (JGK) (ECF Case) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AOL Inc., *et al.*, | ) ) | |
| Defendants. | ) ) | |

# DEFENDANTS AOL INC., THEHUFFINGTONPOST.COM, INC., ARIANNA HUFFINGTON, AND KENNETH LERER'S RULE 12(B)(6) MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants AOL Inc., TheHuffingtonPost.com, Inc., Arianna Huffington, and Kenneth Lerer, by and through undersigned counsel, hereby move this Court to dismiss the claims against them on the grounds that the Complaint fails to state a claim upon which relief can be granted.  The grounds for this Motion are fully set forth in the accompanying Memorandum.  A proposed order is also submitted.

May 26, 2011

Respectfully submitted,

/s/ David E. Kendall
David E. Kendall (# DK8983)
Thomas G. Hentoff (admitted *pro hac vice*)
Jessica L. Brumley (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, David E. Kendall, hereby certify that on the 26th day of May, 2011, I caused the foregoing to be served on all counsel of record via ECF.

/s/ David E. Kendall
David E. Kendall