USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/29/11

LAW OFFICES
## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D.C. 20005-5901

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

THOMAS G. HENTOFF
(202) 569-8441
FAX (202) 824-4190
thentoff@wc.com

(202) 434-5000

FAX (202) 434-5029

June 28, 2011

BY FACSIMILE (212-805-7912)

The Honorable John G. Koeltl
U.S. District Court for the Southern District
 of New York
500 Pearl Street
New York, New York 10007-1312

   Re: *Tasini, et al. v. AOL Inc., et al.*, No. 1:11-cv-02472-JGK

Dear Judge Koeltl:

  This firm represents the defendants in the above-captioned case. We are authorized by counsel for the plaintiffs to submit this joint request regarding the scheduling of a pre-trial conference and submission of a Rule 26(f) report in this case.

  On May 25, 2011, the Court set a pre-trial conference for Wednesday, July 6 at 4:30 p.m. (D.I. No. 15.) Subsequently, the defendants moved to dismiss the complaint, the plaintiffs amended the complaint as of right and, on June 27, the defendants moved to dismiss the amended complaint. Pursuant to the Federal Rules and the Rules of this Court, the plaintiffs' opposition to that motion is currently due July 14 and the defendants' reply brief in support of the motion would be due July 25.

  Given that the defendants' motion to dismiss will not be fully briefed until July 25, the parties propose holding their Rule 26(f) conference of counsel on or before Friday, August 5, with a Rule 26(f) report to be filed on or before Friday, August 19.

*[Handwritten:]*
1. The schedule is approved.
2. The conference is adjourned until after argument on the motion to dismiss. So ordered.
   /s/ John G. Koeltl
   6/28/11   U.S.D.J.

WILLIAMS & CONNOLLY LLP

The Honorable John G. Koeltl
June 28, 2011
Page 2

      The parties respectfully request the Court's approval of this schedule, and guidance as to whether the Court will hold the pre-trial conference on July 6, as currently scheduled, or at a later date.

                                      Sincerely,

                                      Thomas G. Hentoff

cc:    Counsel for the Plaintiffs (by facsimile):
        Jeffrey Mead Kurzon, Esq. (212-822-1407)
        Jesse Strauss, Esq. (212-822-1407)