```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN TASINI, ET AL.,

                     Plaintiffs,      11 Civ. 2472 (JGK)

        - against -                   ORDER

AOL, INC., ET AL.,

                     Defendants.

---

JOHN G. KOELTL, District Judge:

     The motion to dismiss the original complaint is **denied as moot**. The Clerk is directed to close **Docket No. 18**.

SO ORDERED.

Dated:    New York, New York
           July 29, 2011

                                          John G. Koeltl
                                 United States District Judge